**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
THOMAS HUBIACK, Individually and on behalf of
All others similarly situated,

                            Plaintiff,

       -against-                                                            23 **CIVIL** 9894 (JSR)

                                                                              **JUDGMENT**

LI-CYCLE HOLDINGS CORP., AJAY KOCHHAR,
TIM JOHNSTON, and DEBORAH SIMPSON,

                            Defendants.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2024, and for the two independently sufficient reasons that the amended complaint neither alleges an actionable false or misleading statement nor sufficiently alleges a strong inference of scienter, the Court has hereby granted defendants' motion to dismiss the amended complaint. Hubiack has neither sought leave to amend the complaint for a second time in the event of dismissal nor remotely suggested that there are additional facts he could allege to cure any deficiencies. Accordingly, the Court has dismissed the amended complaint with prejudice.

**Dated:**  New York, New York

       June 10, 2024

                                                                          **RUBY J. KRAJICK**
                                                                               **Clerk of Court**

                                                      **BY:**    *K. Mango*

                                                                               **Deputy Clerk**