UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS HUBIACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LI-CYCLE HOLDINGS CORP., TIM JOHNSTON, AJAY KOCHHAR, and DEBORAH SIMPSON,<br><br>Defendants. | Case No. 1:23-CV-09894-JSR |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Lead Plaintiff Thomas Hubiack ("Lead Plaintiff") hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Order (ECF No. 58) entered in this Action on June 10, 2024, and Judgment (ECF No. 59) entered in this Action on June 10, 2024, granting Defendants' Motion to Dismiss Lead Plaintiff's Amended Complaint (ECF No. 48).

Dated: July 9, 2024                                    Respectfully submitted,

/s/ *Omar Jafri*
Omar Jafri

**POMERANTZ LLP**

Joshua B. Silverman (admitted *pro hac vice*)
Omar Jafri (admitted *pro hac vice*)
Diego J. Martinez-Krippner (admitted *pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
Email: jbsilverman@pomlaw.com
         ojafri@pomlaw.com

1

dmartinezk@pomlaw.com

*-and-*

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the proposed Class*

*-and-*

**PORTNOY LAW FIRM**

Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California
Tel.: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Lead Plaintiff*